FILED

2014 OCT 20 P 3: 16

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Raymond A. Yancey, Receiver for The Truland Group
Monthly Operating Report for September 2014

| Case Name: | The Truland Group | Date Filed: | 9/9/2014 |
|---|---|---|---|
| Case Number: | 14-CV-1187 | SIC Code: | |

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS BASIC MONHTLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE RECEIVER AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

_____     10/20/14
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     DATE REPORT SIGNED

Raymond A. Yancey, Receiver

| QUESTIONNAIRE: | | YES | NO | N/A |
|---|---|---|---|---|
| 1 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | X | | |
| 2 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED? | | | X |
| 3 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X | |
| 4 | DID YOU PAY ALL OF YOUR BILLS ON TIME THIS MONTH? | X | | |
| 5 | DID YOU PAY YOUR EMPLOYEES ON TIME? | | | X |
| 6 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | | |
| 7 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | | X | |
| 8 | DID ANY INSURANCE COMPANY CANCEL OR CHANGE YOUR POLICY THIS MONTH? | | X | |
| 9 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X | |
| 10 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X | |
| 11 | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X | |
| 12 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | | |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT CARD TRANSACTIONS. (If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.)

(EXHIBIT B)   TOTAL INCOME  $  440,888.14

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

(EXHIBIT C)   TOTAL EXPENSES  $  19,964.89

## CASH PROFIT

TOTAL INCOME LESS TOTAL EXPENSES (EXHIBIT B MINUS EXHIBIT C)   CASH PROFIT  $  420,923.25

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE APPOINTMENT DATE BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT, AND WHEN THE DEBT IS DUE.

(EXHIBIT D)   TOTAL PAYABLES  $  79,219.74

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED, AND WHEN IT IS DUE.

(EXHIBIT E)   TOTAL RECEIVABLES  $  -

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES*

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY BMO DURING THIS PERIOD? | 0 |
| TOTAL PROFESSIONAL FEES APPROVED BY BMO SINCE THE FILING OF THE CASE? | 0 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER DURING THE REPORTING PERIOD? | 77574.36 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER SINCE THE FILING OF THE CASE? | 77574.36 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER RELATED TO RECEIVERSHIP DURING THIS REPORTING PERIOD? | 0 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER RELATED TO RECEIVERSHIP SINCE THE FILING OF THE CASE? | 0 |

*As authorized by the Receiver Order, the Receiver engaged the law firm of Foley & Lardner LLP ("Foley") as his general counsel with respect to the execution of certain of his duties. The Receiver executed an engagement letter with Foley which was approved by the first mortgage holder BMO Harris Bank ("Bank"). The Receiver notes that Foley disclosed in the engagement letter that it represents the Bank in unrelated matters, and both the Receiver and the Bank waived any conflict. Foley also provided professional legal service to the Receiver in the month of September. Such invoice has not yet been received by the Receiver, and as such that amount is not reflected in this Report. The Receiver would estimate, however, that such fees would not exceed $75,000.00 for services rendered to the Receiver during this Reporting Period, through September 30, 2014. The Receiver therefore reserves the right to amend this Report and/or include such amount in the October Monthly Operating Report.

DEBTOR: The Truland Group          CASE NO: 14-CV-1187

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2

For Period: 09/01/14 to 09/30/14

| CASH FLOW SUMMARY | | Current Month | | Accumulated |
|---|---|---|---|---|
| 1. Beginning Cash Balance | $ | 0.00 (1) | $ | _____ (1) |
| 2. Cash Receipts | | | | |
| Auction Proceeds | | | | |
| Check Recovery | | 498,481.11 | | |
| Asset Sale | | | | |
| Interest Income | | | | |
| Other | | 1.66 | | |
| **Total Cash Receipts** | $ | 498,482.77 | $ | 0.00 |
| 3. Cash Disbursements | | | | |
| Operations | $ | 19,856.89 | $ | |
| Debt Service/Secured loan payment | | | | |
| Professional fees | | | | |
| Other - Taxes | | | | |
| Other - Insurance | | | | |
| Other - Bank Fees | | 108.00 | | |
| Other - Returned Deposit Items | | 57,594.63 | | |
| **Total Cash Disbursements** | $ | 77,559.52 | $ | 0.00 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ | 420,923.25 | $ | 0.00 |
| 5 Ending Cash Balance | $ | 420,923.25 (2) | $ | #VALUE! (2) |

CASH BALANCE SUMMARY See Note (A) below.                                  Book

| Truland Receiver Operating Account | BBT X3536 | $ | 420,923.25 |
|---|---|---|---|
| **TOTAL** (must agree with Ending Cash Balance above) | | $ | 420,923.25 (2) |
| Variance between Ending Cash Balance and Ending Book Balances: | | | 0.00 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
(B) This figure should include the gross amount the seller receives from the sale. On a HUD-1, this would be li
(C) This figure should include all reductions paid by the debtor for the sale of of asset(s). On a HUD-1, this wo
(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

# Raymond A. Yancey, Receiver for The Truland Group
# Balance Sheet
## As of September 30, 2014

Accrual Basis

|  | Sep 30, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10010 · BB&T 3536 | 420,923.25 |
| **Total Checking/Savings** | 420,923.25 |
| **Total Current Assets** | 420,923.25 |
| **TOTAL ASSETS** | **420,923.25** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Paya... | 79,219.74 |
| **Total Accounts Payable** | 79,219.74 |
| **Total Current Liabilities** | 79,219.74 |
| **Total Liabilities** | 79,219.74 |
| **Equity** | |
| Net Income | 341,703.51 |
| **Total Equity** | 341,703.51 |
| **TOTAL LIABILITIES & EQUITY** | **420,923.25** |

Cash Basis

# Raymond A. Yancey, Receiver for The Truland Group
# Recovery & Expenditure Statement
### September 2014

|  | Sep 14 |
|---|---:|
| **Ordinary Recovery/Expense** | |
| **Recovery** | |
| 40010 · Truland Service Check Recovery | 376,983.43 |
| 40020 · BK Check Recovery | 31,495.00 |
| 40030 · Northside Check Recovery | 37,458.52 |
| 40040 · Other Check Recovery | 27,097.87 |
| 40050 · Truland Systems Check Recover | 25,446.29 |
| 40090 · Returned Checks | -57,594.63 |
| 43000 · Interest Income | 1.66 |
| **Total Recovery** | **440,888.14** |
| | |
| **Gross Profit** | **440,888.14** |
| | |
| **Expenditure** | |
| 60150 · Moving & Vacating Expense | 10,000.00 |
| 60180 · Controller Expense | 1,912.34 |
| 60250 · Asset Retrieval Expense | 400.00 |
| 60400 · Bank Service Charges | 108.00 |
| 64910 · Locksmith Expense | 1,115.00 |
| 64920 · Postage & Delivery Expense | 191.50 |
| 67100 · Rent Expense | 6,238.05 |
| **Total Expenditure** | **19,964.89** |
| | |
| **Net Ordinary Recovery** | **420,923.25** |
| | |
| **Net Recovery** | **420,923.25** |

## Raymond A. Yancey, Receiver for The Truland Group
## A/P Aging Summary
### As of September 30, 2014

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| BB&D Transportation LLC | 902.88 | 0.00 | 0.00 | 0.00 | 0.00 | 902.88 |
| R. A. Yancey and Associates, Inc. | 0.00 | 77,574.36 | 0.00 | 0.00 | 0.00 | 77,574.36 |
| Wycliffe Enterprises, Inc. DBA Power Co... | 742.50 | 0.00 | 0.00 | 0.00 | 0.00 | 742.50 |
| **TOTAL** | 1,645.38 | 77,574.36 | 0.00 | 0.00 | 0.00 | 79,219.74 |

**DEBTOR:** The Truland Group     **CASE NO:** 14-CV-1187

## Form SB-3
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)
### FOR THE PERIOD September 1 to September 30

**CASH RECEIPTS DETAIL**     **Account No:** BBT X3536
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 9/12/2014 | Various Payers | Truland Service Check Recovery | $ 373,916.01 |
| 9/12/2014 | Various Payers | Northside Truland Check Recovery | $ 37,458.52 |
| 9/12/2014 | Various Payers | BK Truland Check Recovery | $ 29,864.50 |
| 9/12/2014 | Various Payers | Other Check Recovery | $ 26,367.92 |
| 9/23/2014 | Various Payers | Truland Service Check Recovery | $ 1,310.72 |
| 9/23/2014 | Various Payers | Other Check Recovery | $ 65.10 |
| 9/30/2014 | Various Payers | BK Truland Check Recovery | $ 1,630.50 |
| 9/30/2014 | Various Payers | Truland Systems Check Recovery | $ 25,446.29 |
| 9/30/2014 | Various Payers | Truland Service Check Recovery | $ 1,756.70 |
| 9/30/2014 | Various Payers | Other Check Recovery | $ 664.85 |
| 9/30/2014 | BB&T Bank | Interest Income | $ 1.66 |
| | | **Total Cash Receipts** | $ 498,482.77 (1) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on Form SB-2.*


**DEBTOR:** The Truland Group  
14-CV-1187

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**  
*(attach additional sheets as necessary)*

**Account No:** BBT X3536

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 229.00 |
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 337.00 |
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 421.00 |
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 750.00 |
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 1,661.62 |
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 1,970.98 |
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 2,148.00 |
| 9/16/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 21,365.98 |
| 9/17/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 425.00 |
| 9/17/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 4,826.13 |
| 9/17/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 6,935.00 |
| 9/17/2014 | AUTO | BB&T Bank Correction | Returned Deposit Item | $ 16,524.94 |
| 9/17/2014 | AUTO | BB&T Bank | Bank Fees | $ 108.00 |
| 9/30/2014 | 20001 | 4601 Eisenhower Associates, LLC | Rent Expense | $ 6,238.05 |
| 9/30/2014 | 20002 | BB&D Transportation | Moving Expense | $ 10,000.00 |
| 9/30/2014 | 20003 | Joshua Orlinsky | Postage | $ 191.50 |
| 9/30/2014 | 20004 | Mayo & Associates, Inc. | Locksmith Expense | $ 315.00 |
| 9/30/2014 | 20005 | Raymond A. Yancey | Locksmith Expense | $ 800.00 |
| 9/30/2014 | 20006 | Sharon K Dowell | Controller Expense | $ 1,912.34 |
| 9/30/2014 | 20007 | Patrick G Sheats | Asset Recovery Expense | $ 400.00 |

**Total Cash Disbursements** $ $77,559.52 (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*



Page 1 of 4    09/30/14
FL                3536



BB&T

```
860-26-01-00 10526  0 C 001 30 S  66 002
THE TRULAND GROUP INC
RAYMOND A YANCEY RECEIVER
1412 COLVILLE CT
ST AUGUSTINE FL  32095-8440
```

# Your account statement
For 09/30/2014

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

**Suppress your paper statements today!**

Now is the time to sign up for online banking and experience our new enhanced features and easy to navigate layout.

Online Statements areŽ

• **More Accessible.**
Access your statements for up to 24 months online, and save them directly to your computer. Now they'll always be right where you need them, when you need them.
• **More Convenient.**
Receive alerts by email or text when your statement is ready to view.
• **More Secure.**
Online statements help protect your confidential data and make it harder for identity thieves to get their hands on your account information. (Plus, it's better for the planet!)

It's easy to enroll.
Log on to BB&T Online® at BBT.com
Access the "Statements" tab
Click "Statement Delivery and Alerts"
Select "Online Only" for all accounts and
agree to the terms and conditions

© 2014. Branch Banking and Trust Company
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

---

■ **COMMERCIAL INTEREST CHECKING**           3536

### Account summary

| | |
|---|---|
| Your previous balance as of 09/10/2014 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 57,807.63 |
| Deposits, credits and interest | + 498,587.77 |
| Your new balance as of 09/30/2014 | = $440,780.14 |

### Interest summary

| | |
|---|---|
| Interest paid this statement period | $1.66 |
| 2014 interest paid year-to-date | $1.66 |
| Interest rate | 0.01% |
| On 09/12/2014 the interest rate changed from 0.00% to 0.01% | |

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/16 | ADJUSTMENT ADJUSTMENT CASE# 0001825190001 | 105.00 |
| 09/16 | RETURN DEPOSIT ITEM  99000397 | 229.00 |
| 09/16 | RETURN DEPOSIT ITEM  99000097 | 337.00 |
| 09/16 | RETURN DEPOSIT ITEM  99001339 | 421.00 |
| 09/16 | RETURN DEPOSIT ITEM  99001340 | 750.00 |
| 09/16 | RETURN DEPOSIT ITEM  99000105 | 1,661.62 |
| 09/16 | RETURN DEPOSIT ITEM  99000098 | 1,970.96 |
| 09/16 | RETURN DEPOSIT ITEM  99000106 | 2,148.00 |
| 09/16 | RETURN DEPOSIT ITEM  99000401 | 21,365.98 |
| 09/17 | RETURN DEPOSIT ITEM  99002904 | 425.00 |
| 09/17 | RETURN DEPOSIT ITEM  99000088 | 4,826.13 |
| 09/17 | RETURN DEPOSIT ITEM  99002480 | 6,935.00 |
| 09/17 | RETURN DEPOSIT ITEM  14000046 | 16,524.94 |
| 09/17 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 108.00 |

Total other withdrawals, debits and service charges = $57,807.63

## Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/12 | COUNTER DEPOSIT | 467,711.95 |
| 09/23 | COUNTER DEPOSIT | 1,375.82 |
| 09/30 | DEPOSIT CORRECTION | 300.00 |
| 09/30 | COUNTER DEPOSIT | 29,198.34 |
| 09/30 | INTEREST PAYMENT | 1.66 |

Total deposits, credits and interest = $498,587.77