Raymond A. Yancey, Receiver for The Truland Group
Monthly Operating Report for October 2014

Case Name: **The Truland Group**   Date Appointed: **9/9/2014**

Case Number: **14-CV-1187**   SIC Code:

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS BASIC MONHTLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE RECEIVER AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

_[signature]_   11-20-2014

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY   DATE REPORT SIGNED

Raymond A. Yancey, Receiver

| | QUESTIONNAIRE: | YES | NO | N/A |
|---|---|---|---|---|
| 1 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | X | | |
| 2 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED? | | | X |
| 3 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | | |
| 4 | DID YOU PAY ALL OF YOUR BILLS ON TIME THIS MONTH? | X | | |
| 5 | DID YOU PAY YOUR EMPLOYEES ON TIME? | | | X |
| 6 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | | |
| 7 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | | |
| 8 | DID ANY INSURANCE COMPANY CANCEL OR CHANGE YOUR POLICY THIS MONTH? | | X | |
| 9 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X | |
| 10 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X | |
| 11 | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X | |
| 12 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | | |

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT CARD TRANSACTIONS. (If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.)

(EXHIBIT B)   TOTAL INCOME   $   125,697.68

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

(EXHIBIT C)   TOTAL EXPENSES   $   277,992.52

### CASH PROFIT

TOTAL INCOME LESS TOTAL EXPENSES (EXHIBIT B MINUS EXHIBIT C)   CASH PROFIT   $   (152,294.84)

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE APPOINTMENT DATE BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT, AND WHEN THE DEBT IS DUE.

(EXHIBIT D)   TOTAL PAYABLES   $   234,252.26

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED, AND WHEN IT IS DUE.

(EXHIBIT E)   TOTAL RECEIVABLES   $   780.00

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

### PROFESSIONAL FEES*

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY BMO DURING THIS PERIOD? | 110474.36 |
| TOTAL PROFESSIONAL FEES APPROVED BY BMO SINCE THE FILING OF THE CASE? | 110474.36 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER DURING THE REPORTING PERIOD? | 202147.92 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER SINCE THE FILING OF THE CASE? | 338698.61 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER RELATED TO RECEIVERSHIP DURING THIS REPORTING PERIOD? | 169247.92 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER RELATED TO RECEIVERSHIP SINCE THE FILING OF THE CASE? | 305798.61 |

As authorized by the Receiver Order, the Receiver engaged the law firm of Foley & Lardner LLP ("Foley") as his general counsel with respect to the execution of certain of his duties. The Receiver executed an engagement letter with Foley which was approved by the first mortgage holder BMO Harris Bank ("Bank"). The Receiver notes that Foley disclosed in the engagement letter that it represents the Bank in unrelated matters, and both the Receiver and the Bank waived any conflict. Foley also provided professional legal service to the Receiver in the month of October. Invoices received by the Receiver for September and October fees are reflected in this Report.

**DEBTOR:** The Truland Group          **CASE NO:** 14-CV-1187

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2

For Period: 10/01/14 to 10/31/14

| CASH FLOW SUMMARY | | Current Month | Accumulated |
|---|---|---|---|
| 1. Beginning Cash Balance | $ | 421,723.25 (1) | $ 0.00 (1) |
| 2. Cash Receipts | | | |
|    Auction Proceeds | | 42,556.75 | 42,556.75 |
|    Check Recovery | | 69,374.49 | 567,855.60 |
|    Asset Sale | | 16,405.00 | 16,405.00 |
|    Interest Income | | 2.53 | 4.19 |
|    Other | | 47.47 | 47.47 |
| **Total Cash Receipts** | $ | 128,386.24 | $ 626,869.01 |
| 3. Cash Disbursements | | | |
|    Operations | $ | 52,491.86 | $ 71,548.75 |
|    Legal Fees | | 32,900.00 | 32,900.00 |
|    Professional fees | | 77,574.36 | 77,574.36 |
|    Other - Landlord Settlements | | 12,500.00 | 12,500.00 |
|    Other - Insurance | | 108,000.00 | 108,000.00 |
|    Other - Bank Fees | | 197.76 | 305.76 |
|    Other - Returned Deposit Items | | 2,688.56 | 60,283.19 |
| **Total Cash Disbursements** | $ | 286,352.54 | $ 363,112.06 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ | (157,966.30) | $ 263,756.95 |
| 5 Ending Cash Balance | $ | 263,756.95 (2) | $ 263,756.95 (2) |

| CASH BALANCE SUMMARY See Note (A) below. | | | Book |
|---|---|---|---|
| Truland Receiver Operating Account | BBT X3536 | $ | 263,756.95 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 263,756.95 (2) |
| Variance between Ending Cash Balance and Ending Book Balances: | | | 0.00 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Accrual Basis

# Raymond A. Yancey, Receiver for The Truland Group
## Balance Sheet
### As of October 31, 2014

|  | Oct 31, 14 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10010 · BB&T 3536 | 263,756.95 |
| **Total Checking/Savings** | 263,756.95 |
| | |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 780.00 |
| **Total Accounts Receivable** | 780.00 |
| | |
| **Total Current Assets** | 264,536.95 |
| | |
| **TOTAL ASSETS** | 264,536.95 **** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 234,252.26 |
| **Total Accounts Payable** | 234,252.26 |
| | |
| **Total Current Liabilities** | 234,252.26 |
| | |
| **Total Liabilities** | 234,252.26 |
| | |
| **Equity** | |
| Net Income | 30,284.69 |
| **Total Equity** | 30,284.69 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 264,536.95 |

**** The Debtor's Schedules, filed with the Bankruptcy Court on October 17, 2014, sets forth certain Notes Receivable from unknown persons. The Receiver is researching the files to locate the individual Notes and will report further in the November monthly report. The total of these Notes, as reported by the Debtor, is $723,796.00.

Cash Basis

# Raymond A. Yancey, Receiver for The Truland Group
## Recovery & Expenditure Statement
### October 2014

|  | Oct 14 | Sep 9 - Oct 31, 14 |
|---|---:|---:|
| **Ordinary Recovery/Expenditure** | | |
| **Gross Recovery** | | |
| 40010 · Truland Service Check Recovery | 30,003.15 | 406,986.58 |
| 40020 · BK Check Recovery | 1,739.40 | 33,234.40 |
| 40030 · Northside Check Recovery | 14,546.00 | 52,004.52 |
| 40040 · Other Check Recovery | 12,149.06 | 39,246.93 |
| 40050 · Truland Systems Check Recovery | 10,936.88 | 36,383.17 |
| 40090 · Returned Checks | -2,688.56 | -60,283.19 |
| 43000 · Interest Income | 2.53 | 4.19 |
| 43990 · Other Recovery | 47.47 | 47.47 |
| 44000 · Asset Sale | 16,405.00 | 16,405.00 |
| 45000 · Auction Proceeds | 42,556.75 | 42,556.75 |
| **Total Gross Recovery** | 125,697.68 | 566,585.82 |
| **Gross Profit** | 125,697.68 | 566,585.82 |
| **Expenditure** | | |
| 60101 · Alarm Monitoring Expense | 742.50 | 742.50 |
| 60150 · Moving & Vacating Expense | 17,304.96 | 27,304.96 |
| 60160 · Casual Labor | 2,200.00 | 2,200.00 |
| 60180 · Controller Expense | 1,648.04 | 3,560.38 |
| 60250 · Asset Retrieval Expense | 1,360.00 | 1,760.00 |
| 60400 · Bank Service Charges | 197.76 | 305.76 |
| 62500 · Garbage Removal | 3,729.05 | 3,729.05 |
| 63300 · Insurance Expense | 108,000.00 | 108,000.00 |
| 64900 · Office Supplies | 251.08 | 251.08 |
| 64910 · Locksmith Expense | 0.00 | 1,115.00 |
| 64920 · Postage & Delivery Expense | 0.00 | 191.50 |
| 66180 · Utah Materials Costs | 1,527.04 | 1,527.04 |
| 66190 · Utah Personnel | 15,420.00 | 15,420.00 |
| 66500 · Court Costs | 275.00 | 275.00 |
| 66700 · Professional Fees | 77,574.36 | 77,574.36 |
| 66720 · Utah Legal Fees | 7,900.00 | 7,900.00 |
| 66790 · Legal Retainer Fees | 25,000.00 | 25,000.00 |
| 67100 · Rent Expense | 0.00 | 6,238.05 |
| 68600 · Utilities | 2,362.73 | 2,362.73 |
| 69510 · Landlord Settlements | 12,500.00 | 12,500.00 |
| **Total Expenditure** | 277,992.52 | 297,957.41 |
| **Net Ordinary Recovery** | -152,294.84 | 268,628.41 |
| **Net Recovery** | -152,294.84 | 268,628.41 |

# Raymond A. Yancey, Receiver for The Truland Group
## A/P Aging Summary
### As of October 31, 2014

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| 4601 Eisenhower Associates L… | 0.00 | -4,798.50 | 0.00 | 0.00 | 0.00 | -4,798.50 |
| DSPM | 0.00 | -72.96 | 0.00 | 0.00 | 0.00 | -72.96 |
| Erie Insurance Group | 4,020.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,020.00 |
| Foley & Lardner LLP | 38,968.00 | 58,976.33 | 0.00 | 0.00 | 0.00 | 97,944.33 |
| Patrick G. Sheats | 1,040.00 | 800.00 | 0.00 | 0.00 | 0.00 | 1,840.00 |
| R. A. Yancey and Associates, I… | 0.00 | 130,279.92 | 0.00 | 0.00 | 0.00 | 130,279.92 |
| Sharon Kay Dowell | 3,171.69 | 0.00 | 0.00 | 0.00 | 0.00 | 3,171.69 |
| VLP Law Group LLP | 1,330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,330.00 |
| Washington Gas | 537.78 | 0.00 | 0.00 | 0.00 | 0.00 | 537.78 |
| TOTAL | 49,067.47 | 185,184.79 | 0.00 | 0.00 | 0.00 | 234,252.26 |

**Raymond A. Yancey, Receiver for The Truland Group**
**A/R Aging Summary**
As of October 31, 2014

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Klinette H. Kindred, Ch. 7 Tru... | 0.00 | 600.00 | 180.00 | 0.00 | 0.00 | 780.00 |
| TOTAL | 0.00 | 600.00 | 180.00 | 0.00 | 0.00 | 780.00 |

| DEBTOR: | The Truland Group | CASE NO: | 14-CV-1187 |

## Form SB-3
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)
#### For The Period of October 1 to October 31, 2014

**CASH RECEIPTS DETAIL**  Account No: **BBT X3536**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 10/1/2014 | Various Payers | A/R Recovery | $ 33,344.46 |
| 10/1/2014 | Various Payers | Asset Sale | $ 15,880.00 |
| 10/6/2014 | Various Payers | A/R Recovery | $ 1,422.22 |
| 10/7/2014 | Various Payers | A/R Recovery | $ 11,500.21 |
| 10/7/2014 | Various Payers | Asset Sale | $ 500.00 |
| 10/15/2014 | BB&T | Returned Deposit Item | $ -2,459.00 |
| 10/15/2014 | BB&T | Deposit Correction | $ -229.56 |
| 10/15/2014 | Various Payers | A/R Recovery | $ 2,598.98 |
| 10/29/2014 | Miscellaneous | Petty Cash Recovery | $ 47.47 |
| 10/29/2014 | Miscellaneous | Casual Labor Refund | 200.00 |
| 10/29/2014 | Miscellaneous | Asset Sale | $ 25.00 |
| 10/29/2014 | Various Payers | A/R Recovery | $ 20,508.62 |
| 10/30/2014 | Motley's Auctioneers | Auction Proceeds | $ 42,556.75 |
| 10/31/2014 | BB&T | Interest Income | $ 2.53 |

**Total Cash Receipts**  $ 125,897.68 (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash receipts listed on Form SB-2.

**DEBTOR:** The Truland Group      14-CV-1187

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**      Account No: **BBT X3536**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---:|
| 10/2/2014 | 20008 | Walker Family LLLP | Landlord Settlements | $12,500.00 |
| 10/3/2014 | 20010 | Raymond A. Yancey | Reimb. For Casual Labor | $2,400.00 |
| 10/8/2014 | 20021 | Patrick G. Sheats | Moving & Vacating | $1,840.00 |
| 10/8/2014 | 20022 | Sharon Kay Dowell | Controller Expense | $746.28 |
| 10/8/2014 | 20023 | R. A. Yancey and Associates | Professional Fees | $77,574.36 |
| 10/10/2014 | Wire | DSPM | Utah Materials Exp. | $1,600.00 |
| 10/13/2014 | 20011 | A&A Transfer | Utah Personnel | $7,720.00 |
| 10/13/2014 | 20012 | Bailey's Moving | Utah Personnel | $3,900.00 |
| 10/13/2014 | 20013 | Quiller, Inc. | Utah Personnel | $3,800.00 |
| 10/13/2014 | 20025 | Dominion Virginia Power | Utilities | $2,362.73 |
| 10/13/2014 | 20026 | Patrick G. Sheats | Asset Retrieval Exp. | $1,360.00 |
| 10/13/2014 | 20027 | BB&D Transportation, LLC | Moving & Vacating | $12,859.48 |
| 10/15/2014 | 20028 | Rutherfoord Company | Insurance | $108,000.00 |
| 10/15/2014 | 20029 | VHI, Inc. | Moving & Vacating | $1,002.05 |
| 10/15/2014 | 20030 | Wycliffe Enterprises, Inc. | Alarm Monitoring | $742.50 |
| 10/21/2014 | Auto | BB&T | Bank Service Fees | $197.76 |
| 10/23/2014 | 20031 | BB&D Transportation, LLC | Moving & Vacating | $405.48 |
| 10/23/2014 | 20032 | Patrick G. Sheats | Moving & Vacating | $1,800.00 |
| 10/24/2014 | 20033 | Saxe, Doernberger & Vita, PC | Legal Retainer Fee | $25,000.00 |
| 10/28/2014 | 20034 | 4601 Eisenhower Associates | Office Rent | $4,798.50 |
| 10/28/2014 | 20035 | Raymond A. Yancey | Reimb. For Roll Offs | $3,002.00 |
| 10/28/2014 | 20036 | Sharon Kay Dowell | Controller Expense | $901.76 |
| 10/29/2014 | Auto | Safeguard Business System | Office Expense | $251.08 |
| 10/29/2014 | 20037 | Shred-It | Moving & Vacating | $400.00 |
| 10/31/2014 | 20014 | American Arbitration Association | Legal Fees | $7,900.00 |

     Total Cash Disbursements    $ **$283,063.98** (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1



Page 1 of 4    10/31/14
FL              3536



860-26-01-00 10526  26 C 001 30 S  66 002
THE TRULAND GROUP INC
RAYMOND A YANCEY RECEIVER
1412 COLVILLE CT
ST AUGUSTINE FL  32095-8440

# Your account statement
For 10/31/2014

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

### Now It's Personal.
### Your Card, Your Way!

A BB&T Business Debit Card is the best way to pay and promote your business at the same time. We are excited to announce that you can now personalize your business debit card! Upload an image of your business logo, choose from more than 140 images in our online gallery or add a personal photo ID image for an extra layer of security. You can also select a horizontal or vertical card layout for any design.

Enjoy all the great benefits of a BB&T Business Debit Card--with a personal touch.
- Pay expenses directly from your business checking account
- Get cards for employees and monitor, control and even restrict spending
- Save on everyday business purchases with Visa SavingsEdge®*
- Enjoy a safe and secure way to pay with BB&T Zero Liability**

Get started at BBT.com/CardDesign or visit a BB&T financial center today.

*Visa SavingsEdge is an automated discount program offered by Visa U.S.A Inc to eligible business and their authorized cardholders who hold an eligible BB&T Visa Business Debit Card and whose enrollment in the program is accepted by Visa. Please visit www.visasavingsedge.com/bbt for complete details on the program, including the program terms and conditions.

**BB&T Zero Liability provides 100% reimbursement for most unauthorized transaction made with a lost or stolen BB&T Business Debit Card. See your BB&T Business Debit card Agreement for details.

BB&T, Member FDIC.

---

### ■ COMMERCIAL INTEREST CHECKING            3536

**Account summary**

| | |
|---|---|
| Your previous balance as of 09/30/2014 | $440,780.14 |
| Checks | - 291,670.27 |
| Other withdrawals, debits and service charges | - 4,737.40 |
| Deposits, credits and interest | + 128,586.24 |
| Your new balance as of 10/31/2014 | = $272,958.71 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $2.53 |
| 2014 interest paid year-to-date | $4.19 |
| Interest rate | 0.01% |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 10/07 | 20001 | 6,238.05 | 10/01 | 20005 | 800.00 | 10/06 | *20010 | 2,400.00 |
| 10/02 | 20002 | 10,000.00 | 10/07 | 20006 | 1,912.34 | 10/14 | 20011 | 7,720.00 |
| 10/01 | 20003 | 191.50 | 10/06 | 20007 | 400.00 | 10/16 | 20012 | 3,900.00 |
| 10/03 | 20004 | 315.00 | 10/07 | 20008 | 12,500.00 | 10/16 | 20013 | 3,800.00 |

continued

0010899

■ COMMERCIAL INTEREST CHECKING        3536 (continued)

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 10/15 | *20021 | 1,840.00 | 10/17 | 20027 | 12,859.48 | 10/27 | 20032 | 1,800.00 |
| 10/27 | 20022 | 746.28 | 10/16 | 20028 | 108,000.00 | 10/28 | 20033 | 25,000.00 |
| 10/09 | 20023 | 77,574.36 | 10/23 | 20029 | 1,002.05 | 10/31 | 20034 | 4,798.50 |
| 10/16 | *20025 | 2,362.73 | 10/24 | 20030 | 742.50 | 10/29 | 20035 | 3,002.00 |
| 10/15 | 20026 | 1,360.00 | 10/31 | 20031 | 405.48 | | | |
| | | | | | | Total checks | | = $291,670.27 |

* indicates a skip in sequential check numbers above this item

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/10 | OUTGOING WIRE TRANSFER WIRE REF# 20141010-00009355 | 1,600.00 |
| 10/15 | ADJUSTMENT ADJUSTMENT CASE# 0001836159001  18361591 | 229.56 |
| 10/15 | ADJUSTMENT ADJUSTMENT CASE# 0001839475001  18394751 | 2,459.00 |
| 10/21 | SERVICE CHARGES - PRIOR PERIOD | 197.76 |
| 10/29 | ACH CORP DEBIT SAFEGUARD  SAFEGUARD BUSINE THE TRULAND *GROUP | 251.08 |
| Total other withdrawals, debits and service charges | | = $4,737.40 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/01 | DEPOSIT CORRECTION | 1,800.00 |
| 10/01 | COUNTER DEPOSIT | 47,424.46 |
| 10/06 | COUNTER DEPOSIT | 1,422.22 |
| 10/08 | COUNTER DEPOSIT | 12,000.21 |
| 10/16 | COUNTER DEPOSIT | 2,598.98 |
| 10/29 | COUNTER DEPOSIT | 25.47 |
| 10/29 | COUNTER DEPOSIT | 247.00 |
| 10/29 | COUNTER DEPOSIT | 20,508.62 |
| 10/30 | COUNTER DEPOSIT | 42,556.75 |
| 10/31 | INTEREST PAYMENT | 2.53 |
| Total deposits, credits and interest | | = $128,586.24 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, I electronically filed the foregoing **MONTHLY OPERATING REPORT FOR OCTOBER 2014** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                /s/ *Erika L. Morabito*
                                        Erika L. Morabito (VA Bar No. 44369)
                                        Foley & Lardner, LLP
                                        3000 K Street, NW, Suite 600
                                        Washington, DC  20007-5109
                                        Phone:  202-672-5300
                                        Fax:  202-672-5399
                                        ***Attorney for Receiver Raymond A. Yancey***