Raymond A. Yancey, Receiver for The Truland Group
Monthly Operating Report for November 2014

| | | | |
|---|---|---|---|
| Case Name: | The Truland Group | Date Appointed: | 9/9/2014 |
| Case Number: | 14-CV-1187 | SIC Code: | |

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS BASIC MONHTLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE RECEIVER AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

_____        12-19-2014
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        DATE REPORT SIGNED

Raymond A. Yancey, Receiver

| QUESTIONNAIRE: | | YES | NO | N/A |
|---|---|---|---|---|
| 1 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | X | | |
| 2 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED? | | | X |
| 3 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | | |
| 4 | DID YOU PAY ALL OF YOUR BILLS ON TIME THIS MONTH? | X | | |
| 5 | DID YOU PAY YOUR EMPLOYEES ON TIME? | | | X |
| 6 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | | |
| 7 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | | |
| 8 | DID ANY INSURANCE COMPANY CANCEL OR CHANGE YOUR POLICY THIS MONTH? | | X | |
| 9 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X | |
| 10 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X | |
| 11 | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X | |
| 12 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | | |

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT CARD TRANSACTIONS. (If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.)

(EXHIBIT B)  TOTAL INCOME  $ 1,108,174.67

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

(EXHIBIT C)  TOTAL EXPENSES  $ 325,800.78

## CASH PROFIT

TOTAL INCOME LESS TOTAL EXPENSES (EXHIBIT B MINUS EXHIBIT C)  CASH PROFIT  $ 782,373.89

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE APPOINTMENT DATE BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT, AND WHEN THE DEBT IS DUE.

(EXHIBIT D)  TOTAL PAYABLES  $ 228,147.34

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED, AND WHEN IT IS DUE.

(EXHIBIT E)  TOTAL RECEIVABLES  $     -

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  0

## PROFESSIONAL FEES*

TOTAL PROFESSIONAL FEES APPROVED BY BMO DURING THIS PERIOD?  233498.25

TOTAL PROFESSIONAL FEES APPROVED BY BMO SINCE THE FILING OF THE CASE?  336072.61

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER DURING THE REPORTING PERIOD?  227370.38

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER SINCE THE FILING OF THE CASE?  460224.66

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER RELATED TO RECEIVERSHIP DURING THIS REPORTING PERIOD?  227370.38

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER RELATED TO RECEIVERSHIP SINCE THE FILING OF THE CASE?  460224.66

DEBTOR: The Truland Group  
CASE NO: 14-CV-1187

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2

For Period: 11/01/14 to 11/30/14

### CASH FLOW SUMMARY

| | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $ 263,756.95 (1) | $ 0.00 (1) |
| **2. Cash Receipts** | | |
| Auction Proceeds | 1,052,239.40 | 1,052,239.40 |
| Check Recovery | | 498,481.11 |
| Asset Sale | 30,000.00 | 30,000.00 |
| Interest Income | 4.67 | 6.33 |
| A/R Recovery | 27,310.60 | 27,310.60 |
| Other | | 0.00 |
| **Total Cash Receipts** | $ 1,109,554.67 | $ 1,608,037.44 |
| **3. Cash Disbursements** | | |
| Operations | $ 24,744.15 | $ 43,801.04 |
| Legal Fees | 103,218.33 | 103,218.33 |
| Professional fees | 130,279.92 | 130,279.92 |
| Other - Landlord Settlements | 60,000.00 | 60,000.00 |
| Other - Insurance | 4,020.00 | 4,020.00 |
| Other - Bank Fees | 119.88 | 227.88 |
| Other - Returned Deposit Items | | 57,594.63 |
| **Total Cash Disbursements** | $ 322,382.28 | $ 399,141.80 |
| **4. Net Cash Flow** (Total Cash Receipts less Total Cash Disbursements) | $ 787,172.39 | $ 1,208,895.64 |
| **5 Ending Cash Balance** | $ 1,050,929.34 (2) | $ 1,208,895.64 (2) |

### CASH BALANCE SUMMARY See Note (A) below.

| | | Book |
|---|---|---|
| Truland Receiver Operating Account | BBT X3536 | $ 1,050,929.34 |
| **TOTAL** (must agree with Ending Cash Balance above) | | $ 1,050,929.34 (2) |
| Variance between Ending Cash Balance and Ending Book Balances: | | 0.00 |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.  
(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.  
(2) All cash balances should be the same.

Accrual Basis

# Raymond A. Yancey, Receiver for The Truland Group
## Balance Sheet
### As of November 30, 2014

|  | Nov 30, 14 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       10010 · BB&T 3536 | 1,050,929.34 |
|     Total Checking/Savings | 1,050,929.34 |
|   Total Current Assets | 1,050,929.34 |
| **TOTAL ASSETS** | **1,050,929.34** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         20000 · Accounts Paya... | 228,147.34 |
|       Total Accounts Payable | 228,147.34 |
|     Total Current Liabilities | 228,147.34 |
|   Total Liabilities | 228,147.34 |
|   Equity | |
|     Net Income | 822,782.00 |
|   Total Equity | 822,782.00 |
| **TOTAL LIABILITIES & EQUITY** | **1,050,929.34** |

Cash Basis

# Raymond A. Yancey, Receiver for The Truland Group
## Recovery & Expenditure Statement
November 2014

|  | Nov 14 | Sep 9 - Nov 30, 14 |
|---|---:|---:|
| **Ordinary Recovery/Expenditure** | | |
| **Gross Recovery** | | |
| 40010 · Truland Service A/R Recovery | 522.50 | 407,509.08 |
| 40020 · BK A/R Recovery | 2,481.00 | 35,715.40 |
| 40030 · Northside A/R Recovery | 0.00 | 52,004.52 |
| 40040 · Other Receivable Recovery | 150.00 | 39,396.93 |
| 40050 · Truland Systems A/R Recovery | 3,047.00 | 39,430.17 |
| 40090 · Returned Checks | 0.00 | -60,283.19 |
| 40100 · Vendor Credit Refunds | 19,730.10 | 19,730.10 |
| 43000 · Interest Income | 4.67 | 8.86 |
| 43990 · Other Recovery | 0.00 | 47.47 |
| 44000 · Asset Sale | 30,000.00 | 46,405.00 |
| 45000 · Auction Proceeds | 1,052,239.40 | 1,094,796.15 |
| **Total Gross Recovery** | 1,108,174.67 | 1,674,760.49 |
| | | |
| **Gross Profit** | 1,108,174.67 | 1,674,760.49 |
| | | |
| **Expenditure** | | |
| 60101 · Alarm Monitoring Expense | 0.00 | 742.50 |
| 60150 · Moving & Vacating Expense | 4,195.00 | 31,499.96 |
| 60160 · Casual Labor | 0.00 | 2,200.00 |
| 60180 · Controller Expense | 5,317.25 | 8,877.63 |
| 60250 · Asset Retrieval Expense | 8,960.00 | 10,720.00 |
| 60400 · Bank Service Charges | 402.38 | 708.14 |
| 62500 · Garbage Removal | 0.00 | 3,729.05 |
| 63300 · Insurance Expense | 4,020.00 | 112,020.00 |
| 64900 · Office Supplies | 0.00 | 251.08 |
| 64910 · Locksmith Expense | 0.00 | 1,115.00 |
| 64920 · Postage & Delivery Expense | 0.00 | 191.50 |
| 66180 · Utah Materials Costs | 0.00 | 1,527.04 |
| 66190 · Utah Personnel | 4,631.06 | 20,051.06 |
| 66500 · Court Costs | 0.00 | 275.00 |
| 66700 · Professional Fees | 130,279.92 | 207,854.28 |
| 66710 · Legal Fees | 103,218.33 | 103,218.33 |
| 66720 · Utah Legal Fees | 0.00 | 7,900.00 |
| 66790 · Legal Retainer Fees | 0.00 | 25,000.00 |
| 67100 · Rent Expense | 3,418.50 | 9,656.55 |
| 68600 · Utilities | 1,358.34 | 3,721.07 |
| 69510 · Landlord Settlements | 60,000.00 | 72,500.00 |
| **Total Expenditure** | 325,800.78 | 623,758.19 |
| | | |
| **Net Ordinary Recovery** | 782,373.89 | 1,051,002.30 |
| | | |
| **Net Recovery** | 782,373.89 | 1,051,002.30 |

## Raymond A. Yancey, Receiver for The Truland Group
### A/P Aging Summary
As of November 30, 2014

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| DSPM | 0.00 | 0.00 | -72.96 | 0.00 | 0.00 | -72.96 |
| Erie Insurance Group | 563.00 | 0.00 | 0.00 | 0.00 | 0.00 | 563.00 |
| Ludvik Electric | 23,193.59 | 6,276.00 | 0.00 | 0.00 | 0.00 | 29,469.59 |
| Patrick G. Sheats | 0.00 | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| Raymond A. Yancey | 124,152.05 | 0.00 | 0.00 | 0.00 | 0.00 | 124,152.05 |
| Shapiro, Lifschitz & Schr... | 0.00 | 70,491.75 | 0.00 | 0.00 | 0.00 | 70,491.75 |
| T&C Rolloffs | 1,800.00 | 900.00 | 0.00 | 0.00 | 0.00 | 2,700.00 |
| Washington Gas | 43.91 | 0.00 | 0.00 | 0.00 | 0.00 | 43.91 |
| TOTAL | 149,752.55 | 78,467.75 | -72.96 | 0.00 | 0.00 | 228,147.34 |

**DEBTOR:** The Truland Group  **CASE NO:** 14-CV-1187

## Form SB-3
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)
For The Period of Nov 1 to Nov 30, 2014

**CASH RECEIPTS DETAIL**  **Account No:** BBT X3536
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 11/5/2014 | Motley's Auctioneers | Auction Proceeds | $ 324,346.10 |
| 11/7/2014 | Various Payers | A/R Recovery | $ 6,050.50 |
| 11/19/2014 | Rasmus Asset Advisors | Auction Proceeds | $ 727,893.30 |
| 11/21/2014 | Clark Construction | Asset Sale | $ 30,000.00 |
| 11/21/2014 | Various Payers | Refunds, A/R Recovery | $ 21,260.10 |
| 11/28/2014 | BB&T Bank | Interest Income | $ 4.67 |
| | | **Total Cash Receipts** | $ 1,109,554.67 (1) |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash receipts listed on Form SB-2.

DEBTOR: The Truland Group                                                                 14-CV-1187

## Form SB-4
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**  
*(attach additional sheets as necessary)*

Account No: **BBT X3536**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 11/5/2014 | 20015 | Donald H. Jacks | Utah Personnel | $ 3,411.35 |
| 11/5/2014 | 20016 | Erie Insurance | Insurance Expense | $ 4,020.00 |
| 11/5/2014 | 20017 | Sharon K. Dowell | Controller Expense | $ 3,171.69 |
| 11/5/2014 | 20018 | Washington Gas | Utilities | $ 537.78 |
| 11/6/2014 | WIRE | Foley & Lardner, LLP | Legal Fees | $ 58,976.33 |
| 11/7/2014 | 20038 | R. A. Yancey & Associates, Inc. | Professional Fees | $ 130,279.92 |
| 11/11/2014 | 20039 | Donald H. Jacks | Utah Personnel | $ 1,219.71 |
| 11/11/2014 | 20040 | Sharon K. Dowell | Controller Expense | $ 1,337.09 |
| 11/12/2014 | WIRE | Foley & Lardner, LLP | Legal Fees | $ 38,968.00 |
| 11/13/2014 | 20041 | Dominion Virginia Power | Utilities | $ 820.56 |
| 11/13/2014 | 20042 | Patrick G. Sheats | Asset Retrieval, Moving Expense | $ 3,520.00 |
| 11/13/2014 | 20043 | VLP Law Group, LLP | Legal Fees | $ 1,330.00 |
| 11/17/2014 | AUTO | BB&T Bank | Bank Adjustment | $ 282.50 |
| 11/18/2014 | 20044 | Ladysmith Floor & Lumber | Landlord Settlement | $ 60,000.00 |
| 11/18/2014 | 20045 | Saxe, Doernberger & Vita, P.C | Legal Fees | $ 3,944.00 |
| 11/21/2014 | AUTO | BB&T Bank | Bank Fees | $ 119.88 |
| 11/21/2014 | 20051 | GDC Contractors, Inc. | Asset Retrieval | $ 4,320.00 |
| 11/21/2014 | 20052 | Patrick G. Sheats | Asset Retrieval | $ 2,800.00 |
| 11/21/2014 | 20053 | Ruppert | Moving & Vacating Expense | $ 2,515.00 |
| 11/21/2014 | 20054 | Sharon K. Dowell | Controller Expense | $ 808.47 |

**Total Cash Disbursements**     $ **$322,382.28** (1)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1



Page 1 of 4   11/28/14
FL             3536



BB&T

```
860-26-01-00 10526  13 C 001 30 S  66 002
THE TRULAND GROUP INC
RAYMOND A YANCEY RECEIVER
1412 COLVILLE CT
ST AUGUSTINE FL  32095-8440
```

# Your account statement
For 11/28/2014

### Contact us
 BBT.com

 (800) BANK-BBT or (800) 226-5228

### Optimize Your Cash Flow with BB&T

With a legacy dating back to 1872, BB&T has become one of the nation's largest and soundest financial institutions, primarily by investing in the strength of our relationships. We recognize you have goals that are unique to your business, and we take the time to learn about your organization so we can provide solutions that best meet your needs - while helping you improve efficiency and better manage your operations. We help business owners like you face cash flow challenges from every direction:

- Accelerate Receivables - Manage Incoming Cash
- Control & Extend Payables - Manage Outgoing Cash
- Leverage Credit & Optimize Cash - Manage Cash Needs & Excess

To find out more, contact your local Relationship Manager for details.

© 2014, Branch Banking and Trust Company.
All rights reserved.
Branch Banking and Trust Company, Member FDIC.

---

■ COMMERCIAL INTEREST CHECKING          3536

### Account summary

| | |
|---|---|
| Your previous balance as of 10/31/2014 | $272,958.71 |
| Checks | - 217,512.77 |
| Other withdrawals, debits and service charges | - 98,346.71 |
| Deposits, credits and interest | + 1,109,554.67 |
| Your new balance as of 11/28/2014 | = $1,066,653.90 |

### Interest summary

| | |
|---|---|
| Interest paid this statement period | $4.67 |
| 2014 interest paid year-to-date | $8.86 |
| Interest rate | 0.01% |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 11/06 | 20014 | 7,900.00 | 11/13 | *20036 | 901.76 | 11/19 | *20041 | 820.56 |
| 11/07 | 20015 | 3,411.35 | 11/05 | 20037 | 400.00 | 11/19 | 20042 | 3,520.00 |
| 11/10 | 20016 | 4,020.00 | 11/07 | 20038 | 130,279.92 | 11/28 | 20043 | 1,330.00 |
| 11/13 | 20017 | 3,171.69 | 11/17 | 20039 | 1,219.71 | 11/20 | 20044 | 60,000.00 |
| 11/12 | 20018 | 537.78 | | | | | | |

\* indicates a skip in sequential check numbers above this item

Total checks = $217,512.77

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/06 | OUTGOING WIRE TRANSFER WIRE REF# 20141106-00008003 | 58,976.33 |
| 11/12 | OUTGOING WIRE TRANSFER WIRE REF# 20141112-00008676 | 38,968.00 |
| 11/17 | ADJUSTMENT ADJUSTMENT CASE# 0001854106001  18541061 | 282.50 |
| 11/21 | SERVICE CHARGES - PRIOR PERIOD | 119.88 |

Total other withdrawals, debits and service charges = $98,346.71

■ PAGE 1 OF 4

0011061

■ COMMERCIAL INTEREST CHECKING     3536 (continued)

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 11/05 | COUNTER DEPOSIT | 324,346.10 |
| 11/07 | COUNTER DEPOSIT | 6,050.50 |
| 11/19 | INCOMING WIRE TRANSFER WIRE REF# 20141119-00006217 | 727,893.30 |
| 11/21 | COUNTER DEPOSIT | 21,260.10 |
| 11/21 | COUNTER DEPOSIT | 30,000.00 |
| 11/28 | EFFECTIVE DATE 11-30-14 INTEREST PAYMENT | 4.67 |
| | Total deposits, credits and interest | = $1,109,554.67 |

### AMENDMENT TO THE BUSINESS SERVICES PRICING GUIDE

#### Effective January 1, 2015

BB&T strives to help our clients achieve a brighter future. We want to make you aware of a fee being implemented that may affect parties that you write a BB&T check to. Effective January 1, 2015, the Non-Depositor Check Cashing Fee for On Us (BB&T) checks will be $8.00. This fee applies only to checks cashed greater than $50.00. The applicability of the fee is based on the location in which the check is cashed, not the location of the account. BB&T offers a variety of accounts and services available to help your employees avoid these fees. Please contact your BB&T Relationship Manager or stop by your nearest BB&T branch for more information.

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I electronically filed the **Monthly Operating Report for November 2014** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                              */s/ Erika L. Morabito*
Erika L. Morabito (VA Bar No. 44369)
Foley & Lardner LLP
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
Telephone:    (202) 672-5300
Fax:          (202) 672-5399

***Attorney for Receiver Raymond A. Yancey***