UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BMO HARRIS BANK N.A., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-CV-1187 |
| ) | |
| THE TRULAND GROUP, INC., ) | |
| ) | |
| TRULAND SYSTEM CORPORATION, ) | |
| ) | |
| PEL-BERN ELECTRIC CORPORATION, ) | |
| ) | |
| BLUMENTHAL KAHN ) | |
| TRULAND ELECTRIC, LLC, ) | |
| ) | |
| TECH, INC., ) | |
| ) | |
| THE TRULAND GROUP ) | |
| OF COMPANIES, CORP., ) | |
| ) | |
| SNOWDEN RIVER CORPORATION, ) | |
| ) | |
| TRULAND SERVICE CORPORATION, ) | |
| ) | |
| TRULAND WALKER SEAL ) | |
| TRANSPORTATION, INC., ) | |
| ) | |
| NORTHSIDE TRULAND ) | |
| ELECTRIC, LLC, ) | |
| ) | |
| *Defendants*. ) | |

**<u>ORDER</u>**

THIS MATTER IS BEFORE THE COURT on the Emergency Motion for Direction and Enforcement of Receiver Order filed by Raymond A. Yancey, Receiver on June 23, 2017. After consideration of the arguments advance by both parties, it is hereby

2

*ORDERED* that the Receiver's Emergency Motion for Direction and Enforcement of Receiver Order's Motion is GRANTED; and it is hereby further

*ORDERED* that the Receiver is authorized to continue to use Receivership Property[1] (including all cash on hand in the Receivership Estate) to fund the expenses of the Receivership, including but not limited to using these funds for legal and other professional expenses for the Arbitration; and it is hereby further

ORDERED that the Receiver is permitted, but not obligated, to make any interim distributions to any creditor, including the Bank, solely within his discretion; and it is hereby further

ORDERED that effective June 30, 2017, BMO and the Receiver will have no further obligations under the Management Agreement, except for those provisions of the Agreement that specifically survive termination (paragraph 3.05).

Date: _____    Entered: _____
                                                        Judge James C. Cacheris

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the Memorandum in Support of the Emergency Motion for Direction and Enforcement of the Receiver Order.

3

4847-5137-3642.1