Raymond A. Yancey, Receiver for The Truland Group
Monthly Operating Report for June 2018

| | | | |
|---|---|---|---|
| Case Name: | The Truland Group | Date Appointed: | 9/9/2014 |
| Case Number: | 14-CV-1187 | SIC Code: | |

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS BASIC MONHTLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE RECEIVER AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY         DATE REPORT SIGNED   4-15-2018

Raymond A. Yancey, Receiver

| QUESTIONNAIRE: | | YES | NO | N/A |
|---|---|---|---|---|
| 1 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X | |
| 2 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED? | | | X |
| 3 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | | |
| 4 | DID YOU PAY ALL OF YOUR BILLS ON TIME THIS MONTH? | X | | |
| 5 | DID YOU PAY YOUR EMPLOYEES ON TIME? | | | X |
| 6 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | | | X |
| 7 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | | |
| 8 | DID ANY INSURANCE COMPANY CANCEL OR CHANGE YOUR POLICY THIS MONTH? | | X | |
| 9 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X | |
| 10 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X | |
| 11 | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X | |
| 12 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | | |

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT CARD TRANSACTIONS. (If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.)

(EXHIBIT B)     TOTAL INCOME $ 60.69

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

(EXHIBIT C)     TOTAL EXPENSES $12,085,662.88

## CASH PROFIT

TOTAL INCOME LESS TOTAL EXPENSES (EXHIBIT B MINUS EXHIBIT C)     CASH PROFIT $ (12,085,602.19)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE APPOINTMENT DATE BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT, AND WHEN THE DEBT IS DUE.

(EXHIBIT D)     TOTAL PAYABLES $ 5,075.01

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED, AND WHEN IT IS DUE.

(EXHIBIT E)     TOTAL RECEIVABLES $ -

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?     0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?     0

## PROFESSIONAL FEES*

TOTAL PROFESSIONAL FEES PAID DURING THIS PERIOD?     $ 124,717.23

TOTAL PROFESSIONAL FEES PAID SINCE THE FILING OF THE CASE?     $ 13,244,581.93

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER DURING THE REPORTING PERIOD?     $ 124,717.23

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE RECEIVER SINCE THE FILING OF THE CASE?     $ 13,244,581.93

**DEBTOR:** The Truland Group   **CASE NO:** 14-CV-1187

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2

For Period: 06/01/18 to 06/30/18

| CASH FLOW SUMMARY | | Current Month | Accumulated |
|---|---|---|---|
| 1. Beginning Cash Balance | | $ 12,560,870.65 (1) | $ 0.00 (1) |
| 2. Cash Receipts | | | |
|    Auction Proceeds | | | 1,901,111.89 |
|    Asset Sale | | | 143,693.72 |
|    Interest Income | | 60.69 | 42,357.62 |
|    A/R Recovery, Refunds | | | 1,170,475.30 |
|    Other | | | 21,468.52 |
|    Legal Settlements | | | 14,676,183.32 |
|    Insurance Reimbursements | | | 9,633,217.79 |
|    Other Reimbursements | | | 28,759.90 |
| **Total Cash Receipts** | | $ 60.69 | $ 27,617,268.06 |
| 3. Cash Disbursements | | | |
|    Operations | | $ 75.00 | $ 1,162,637.95 |
|    Professional and Legal Fees | | 24,717.23 | 13,144,581.93 |
|    Other - Landlord Settlements & Claims | | | 342,252.88 |
|    Other - Payments to Secured Lender | | 11,960,870.65 | 12,210,870.65 |
|    Other - Additional Fees | | 100,000.00 | 100,000.00 |
|    Other - Insurance | | | 121,373.00 |
|    Other - Prior Period Voids | | | |
|    Other - Returned Deposit Items | | | 60,283.19 |
| **Total Cash Disbursements** | | $ 12,085,662.88 | $ 27,141,999.60 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | $ -12,085,602.19 | $ 475,268.46 |
| 5 Ending Cash Balance | | $ 475,268.46 (2) | $ 475,268.46 (2) |

| CASH BALANCE SUMMARY See Note (A) below. | | Book |
|---|---|---|
| Truland Receiver Operating Account | BBT X3536 | $ 0.00 |
| Truland Receiver Operating Account | ANB X8441 | $ 475,268.46 |
| **TOTAL** (must agree with Ending Cash Balance above) | | $ 475,268.46 (2) |
| Variance between Ending Cash Balance and Ending Book Balances: | | (0.00) |

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.
(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

**Cash Basis**

# Raymond A. Yancey, Receiver for The Truland Group
## Recovery Expenditure Statement
### June 2018

|  | June 2018 | Sep 9, '14 - Jun 30, '18 |
|---|---:|---:|
| **Ordinary Recovery/Expenditure** | | |
| **Recovery** | | |
| 40010 · Truland Service A/R Recovery | 0.00 | 637,776.21 |
| 40020 · BK A/R Recovery | 0.00 | 89,910.21 |
| 40030 · Northside A/R Recovery | 0.00 | 52,343.48 |
| 40040 · Other Receivable Recovery | 0.00 | 108,373.97 |
| 40050 · Truland Systems A/R Recovery | 0.00 | 227,671.90 |
| 40090 · Returned Checks | 0.00 | -60,283.19 |
| 40100 · Vendor Credit Refunds | 0.00 | 54,399.53 |
| 43000 · Interest Income | 60.69 | 42,357.62 |
| 43990 · Other Recovery | 0.00 | 21,321.23 |
| 44000 · Asset Sale | 0.00 | 143,693.72 |
| 45000 · Auction Proceeds | 0.00 | 1,901,111.89 |
| 47000 · Legal Settlements | 0.00 | 3,148,159.74 |
| 47100 · BDB Settlement | 0.00 | 2,300,000.00 |
| 47200 · UDC Global Settlement | 0.00 | 9,228,023.58 |
| 47500 · UDC Reimbursements - XL | 0.00 | 4,197,931.65 |
| 48000 · UDC Reimbursements - Zurich | | |
|     48010 · Legal Fee Reimbursments | 0.00 | 2,670,417.81 |
|     48020 · Insurance Reimb - Saxe Doernber | 0.00 | 0.00 |
|     48030 · Insurance Reimb - Davis Kueltha | 0.00 | 2,764,868.33 |
| Total 48000 · UDC Reimbursements - Zurich | 0.00 | 5,435,286.14 |
| **Total Recovery** | 60.69 | 27,528,077.68 |
| **Gross Profit** | 60.69 | 27,528,077.68 |
| **Expenditure** | | |
| 60101 · Alarm Monitoring Expense | 0.00 | 742.50 |
| 60150 · Moving & Vacating Expense | 0.00 | 40,697.66 |
| 60160 · Casual Labor | 0.00 | 3,475.00 |
| 60170 · Document Destruction | 0.00 | 1,723.40 |
| 60180 · Controller Expense | 0.00 | 25,588.07 |
| 60250 · Asset Retrieval Expense | 0.00 | 36,845.37 |
| 60400 · Bank Service Charges | 75.00 | 5,039.58 |
| 61000 · Business Licenses and Permits | 0.00 | 49.70 |
| 62500 · Garbage Removal | 0.00 | 3,902.39 |
| 62940 · Computers & Internet | 0.00 | 156,273.85 |
| 63300 · Insurance Expense | 0.00 | 121,373.00 |
| 64900 · Office Supplies | 0.00 | 1,343.53 |
| 64910 · Locksmith Expense | 0.00 | 1,765.00 |
| 64920 · Postage & Delivery Expense | 0.00 | 891.80 |
| 64930 · Copies and Reproduction | 0.00 | 2,229.95 |
| 66170 · Utah Warranty Costs | 0.00 | 396,172.68 |

Cash Basis

# Raymond A. Yancey, Receiver for The Truland Group
## Recovery Expenditure Statement
### June 2018

|  | June 2018 | Sep 9, '14 - Jun 30, '18 |
|---|---:|---:|
| 66180 · Utah Materials Costs | 0.00 | 38,117.92 |
| 66190 · Utah Personnel | 0.00 | 20,051.06 |
| 66500 · Court Costs | 0.00 | 275.00 |
| 66700 · Professional Fees | 14,352.33 | 1,970,914.58 |
| 66705 · Additional Fee | 100,000.00 | 100,000.00 |
| 66710 · Legal Fees | 0.00 | 2,649,760.14 |
| 66720 · Utah Legal Fees | 10,364.90 | 5,201,922.86 |
| 66721 · Utah Legal Expenses | 0.00 | 205,401.59 |
| 66725 · Utah Coverage Counsel | | |
|     66726 · Utah Coverage - Saxe Doernberge | 0.00 | 393,968.76 |
|     66727 · Utah Coverage - Davis Kuelthau | 0.00 | 266,594.09 |
|     66725 · Utah Coverage Counsel - Other | 0.00 | 357.50 |
| Total 66725 · Utah Coverage Counsel | 0.00 | 660,920.35 |
| 66730 · Utah Litigation Support | 0.00 | 729,078.17 |
| 66740 · Engineering Expense | 0.00 | 207,075.13 |
| 66750 · Construction Claims Consultant | 0.00 | 20,591.00 |
| 66760 · Utah Arbitration Support | 0.00 | 1,524,278.96 |
| 66770 · Mediation Expenses | 0.00 | 4,752.54 |
| 66780 · Forensic Accountant | 0.00 | 146,714.28 |
| 66790 · Professional Retainer Fees | 0.00 | 35,000.00 |
| 67100 · Rent Expense | 0.00 | 177,596.55 |
| 67200 · Repairs and Maintenance | 0.00 | 2,340.00 |
| 68600 · Utilities | 0.00 | 6,782.08 |
| 69510 · Landlord Settlements | 0.00 | 259,450.26 |
| **Total Expenditure** | 124,792.23 | 14,759,135.95 |
| **Net Ordinary Recovery** | -124,731.54 | 12,768,941.73 |
| Other (Recovery)/Expenditure | | |
|   Other Expenditure | | |
|     81000 · Administrative Rent Claim | 0.00 | 82,802.62 |
|     82000 · Payments to Secured Lender | 11,960,870.65 | 12,210,870.65 |
|   **Total Other Expenditure** | 11,960,870.65 | 12,293,673.27 |
| **Net Other (Recovery)/Expenditure** | -11,960,870.65 | -12,293,673.27 |
| **Net Recovery** | -12,085,602.19 | 475,268.46 |

**Raymond A. Yancey, Receiver for The Truland Group**
**Balance Sheet**
As of June 30, 2018

Accrual Basis

|  | Jun 30, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10030 · Access National x8441 | 475,268.46 |
| **Total Checking/Savings** | 475,268.46 |
| **Total Current Assets** | 475,268.46 |
| **TOTAL ASSETS** | **475,268.46** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 5,075.01 |
| **Total Accounts Payable** | 5,075.01 |
| **Total Current Liabilities** | 5,075.01 |
| **Total Liabilities** | 5,075.01 |
| **Equity** | |
| 32000 · Retained Earnings | 12,901,944.50 |
| Net Income | -12,431,751.05 |
| **Total Equity** | 470,193.45 |
| **TOTAL LIABILITIES & EQUITY** | **475,268.46** |

## Raymond A. Yancey, Receiver for The Truland Group
### A/P Aging Summary
As of June 30, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Dataprise, Inc. | 0.00 | 0.00 | 0.00 | 290.00 | 4,785.01 | 5,075.01 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **290.00** | **4,785.01** | **5,075.01** |

# Raymond A. Yancey, Receiver for The Truland Group
## A/R Aging Summary
### As of June 30, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**DEBTOR:** The Truland Group     **CASE NO:** 14-CV-1187

**Form SB-3**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)**
For The Period of June 1 to June 30, 2018

**CASH RECEIPTS DETAIL**     **Account No:** ANB X8441
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 6/29/2018 | Access National Bank | Interest Income | $ 60.69 |
|  |  |  | $ |

                                             **Total Cash Receipts**    $ **60.69** (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on Form SB-2.*

**DEBTOR:** The Truland Group                                                                 14-CV-1187

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**  
*(attach additional sheets as necessary)*

**Account No:** ANB X8441

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 6/1/2018 | WIRE | R. A. Yancey & Associates, Inc. | Additional Fee | $ 100,000.00 |
| 6/1/2018 | WIRE | BMO Harris Bank | Payments to Secured Lender | $ 11,960,870.65 |
| 6/2/2018 | AUTO | Access National Bank | Bank Service Charges | $ 25.00 |
| 6/2/2018 | AUTO | Access National Bank | Bank Service Charges | $ 25.00 |
| 6/2/2018 | AUTO | Access National Bank | Bank Service Charges | $ 25.00 |
| 6/18/2018 | WIRE | Foley & Lardner LLP | Legal Fees | $ 10,364.90 |
| 6/20/2018 | 2042 | R. A. Yancey & Associates, Inc. | Professional Fees | $ 14,352.33 |
|  |  |  |  | $ |
|  |  |  | **Total Cash Disbursements** | $ **$12,085,662.88** |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**ACCESS NATIONAL BANK** — The Difference is Access.  |  **Middleburg Bank** — A Division of Access National Bank

ANAB  106 Catoctin Circle SE, Leesburg, VA 20175
703-777-6327  |  AccessNationalBank.com

Return Service Requested

Statement Begin Date:  06-01-2018
Statement End Date:    06-30-2018

000567  0.8500 MB 0.424    TR00003
The Truland Group
C/O Raymond A. Yancey, Receiver
1412 Colville Court
Saint Augustine  FL  32095-8440

## Account Summary for Business Interest Checking - 8441

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12,560,870.65 | | 0.00 | | 60.69 | | 12,085,662.88 | | 0.00 | | 475,268.46 |

## Transactions for Business Interest Checking - 8441

| Date | Description | Checks/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| 06-01 | Starting Balance | | | 12,560,870.65 |
| 06-01 | Outgoing Domestic Wire Tfr WIRE TO R.A. Yancey & Associates, Inc. | -100,000.00 | | 12,460,870.65 |
| 06-01 | Outgoing Domestic Wire Wth Fee OUTGOING WIRE FEE | -25.00 | | 12,460,845.65 |
| 06-01 | Outgoing Domestic Wire Tfr WIRE TO BMO Harris Bank Wire Account | -11,960,870.65 | | 499,975.00 |
| 06-01 | Outgoing Domestic Wire Wth Fee OUTGOING WIRE FEE | -25.00 | | 499,950.00 |
| 06-18 | Outgoing Domestic Wire Tfr WIRE TO Foley & Lardner LLP | -10,364.90 | | 489,585.10 |
| 06-18 | Outgoing Domestic Wire Wth Fee OUTGOING WIRE FEE | -25.00 | | 489,560.10 |
| 06-25 | Check 2042 | -14,352.33 | | 475,207.77 |
| 06-29 | Eff. 06-30 Credit Interest | | 60.69 | 475,268.46 |

## Checks for Business Interest Checking - 8441

| Date | Check Number | Amount |
|---|---|---|
| 06-25 | 2042 | 14,352.33 |

\* Indicates Non-Consecutive Check Number(s)
(E) Electronic Check

The Annual Percentage Yield Earned for this account is 0.15%.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT OR ELECTRONIC TRANSFERS**

In case of errors or questions about Electronic Transfers, please call us at **703-777-6327** or write to us at **106 Catoctin Circle SE, Leesburg, VA 20175** as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. You may also access account information 24 hours a day, seven days a week online at **AccessNationalBank.com.** We must hear from you no later than 60 days after we have sent you the FIRST statement on which the error or problem appeared. Should you elect to notify us by telephone, we may require that you send us your request in writing within 10 business days of the original call. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

In your letter, please provide the following information:
1. Your name and account number affected.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. The dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a point-of-sale transaction or a foreign-initiated transfer) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if point-of-sale transaction, or a foreign initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a point-of-sale transaction or a foreign-initiated transfer) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. We will tell you the results within three (3) business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.



Rev. 9/17






```
                                        Account Number:        8441
                                   Statement Begin Date:  06-01-2018
                                     Statement End Date:  06-30-2018
                                                   Page:     2

         The Truland Group
         C/O Raymond A. Yancey, Receiver
         1412 Colville Court
         Saint Augustine  FL  32095
```

**Business Interest Checking - 8441 CONTINUED**

Summary of Overdraft and Returned Item Fees

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Interest Rate Summary

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 06-01 | 0.150 | | | | |

ANAB-003-000567-001-002-180703 000567 S07




Name: **The Truland Group**
C/O Raymond A. Yancey, Receiver
Account: ███████8441
Page: 3



06/25/2018   2042   $14,352.33



06/25/2018   2042   $14,352.33



ANAB-003-000567-001-002-180703 000567 S07

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I electronically filed the foregoing **Monthly Operating Report for June 2018** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

          */s/ Erika L. Morabito*
Erika L. Morabito (VA Bar No. 44369)
Foley & Lardner LLP
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
Telephone:    (202) 672-5300
Fax:              (202) 672-5399

***Attorney for Receiver Raymond A. Yancey***